**JS-6, O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA MCKINNEY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JUNIPER HOSPITALITY, LLC, et al.,<br><br>        Defendants. | Case No.: 2:22-cv-03032-MEMF (AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE [ECF NO. 31]** |

/ / /

/ / /

1

1  The Court, having considered the parties' Joint Stipulation to Dismiss Case with Prejudice
2  (ECF No. 31), and finding good cause therefor, hereby GRANTS the Stipulation. This action is
3  hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear its own
4  attorneys' fees and costs.
5
6  IT IS SO ORDERED.
7
8  Dated: February 1 2023                         _____
9                                                  MAAME EWUSI-MENSAH FRIMPONG
10                                                         United States District Judge